IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUTTER PACIFIC MEDICAL FOUNDATION, et al.,<br><br>    Defendants. | Case No. 19-cv-01136-CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING CASE WITH LEAVE TO AMEND AND DENYING CONTINUANCE** |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation (Dkt. 5), as well as the document that pro se Plaintiff Larry Richards recently filed, objecting to the Report and Recommendation conclusion that this case should be dismissed, see Plaintiffs Ex-Parte Notice of Corrections of and Objections to Document Number 5, "Report and Recommendation re Review Under 28 U.S.C. § 1915" and Amended Complaint ("Ex Parte Notice") (Dkt. 11). Plaintiffs most recent filing claims violations of the Americans with Disabilities Act and Patient Protection and Affordable Care Act and adds as defendants California Governor Gavin Newsom and the State of California. Id. at 5-6. Although the Ex Parte Notice purports to amend his complaint, Richards has not filed an amended complaint. The Court thus understands the Ex Parte Notice to be an objection to the Report and Recommendation.

Richards has failed to address the deficiencies that the Report and Recommendation identified: lack of federal jurisdiction and a failure to state a claim under 42 U.S.C. § 1983 as to the allegations in the in the Complaint. See Ex Parte Notice; see also Report and Recommendation at 3; Complaint. Thus, the Court finds the Report and Recommendation

correct, well-reasoned, and thorough, and ADOPTS it in every respect. If Richards wishes to add claims or defendants, the proper avenue to seek to do so is by filing an amended complaint. The Court thus DISMISSES the Complaint with leave to amend.

Richards also states that he seeks a continuance, though does not explain what filing he seeks a continuance for, or until what date he seeks a continuance. Without that information, his request for a continuance is DENIED.

The Court also reiterates Magistrate Judge Spero's recommendation that plaintiff consult with the Federal Pro Bono Project's Legal Help Center in either of the Oakland or San Francisco federal courthouses for assistance. The San Francisco Legal Help Center office is located in Room 2796 on the 15th floor at 450 Golden Gate Avenue, San Francisco, California. The Oakland office is located in Room 470-S on the 4th floor at 1301 Clay Street, Oakland, California. Appointments can be made by calling (415) 782-8982 or signing up in the appointment book located outside either office, and telephone appointments are available. Lawyers at the Legal Help Center can provide basic assistance to parties representing themselves but cannot provide legal representation.

**IT IS SO ORDERED.**

Dated: March 21, 2019

_____
CHARLES R. BREYER
United States District Judge

2